IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CURRY, et al.,<br><br>    Defendants. | No. 2:20-CV-2025-TLN-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's second motion, ECF No. 15, for the appointment of counsel. Plaintiff's motion is written in Spanish.

       The Court cannot accept submissions in a language other than English. United States v. Rivera-Rosario, 300 F.3d 1, 5 (1st Cir. 2002) ("It is clear, to the point of perfect transparency, that federal court proceedings must be conducted in English."); see also Rodriguez v. Ruiz, No. 2:20-cv-1525-JPD P, 2020 WL 5995097, at *1 (E.D. Cal. Oct. 9, 2020); Arteaga v. Cinram-Technicolor, No. 3:19-cv-00349, 2020 WL 1905176, at *1 (M.D. Tenn. Apr. 17, 2020); Kim v. Chung Sook Lee, No. 18-CV-12230 (CM), 2019 WL 4688692, at *2 (S.D. N.Y. Sept. 24, 2019); Ramirez-Solorio v. United States, No. 1:15-CV-3769-AT-JFK, 2017 WL 2350209, at *1 & n.1 (N.D. Ga. May 31, 2017). Moreover, courts in this district have rejected (or recognized that they are unable to consider) submissions that would require translation from a language other

than English. See Rodriguez, 2020 WL 5995097, at *1.  Plaintiff has been advised of the English requirement in other cases he has filed in this district. See also Ruiz v. Ehlers, No. 2:21-cv-00146-JAM-JDP (PC), 2021 WL 2313385, at *1 n.1 (E.D. Cal. May 5, 2021); Ruiz v. Mobert, No.: 1:17-cv-00709-BAM (PC), 2017 WL 6886093, *1 (E.D. Cal. July 5, 2017) ("As Plaintiff has been previously informed, the Court cannot provide Plaintiff with translated documents, nor will it translate his documents from Spanish into English.").

        The Court will sua sponte extends the time for Plaintiff to file a second amended complaint pursuant to the Court's November 8, 2021, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for the appointment of counsel, ECF No. 15, is denied; and

        2.    The time for Plaintiff to file a second amended complaint is extended to 30 days from the date of this order.

Dated:  December 28, 2021

                                                      DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE